# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>CLIFF ALLENBY, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:14-cv-01728-LJO-SKO (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. 2) |

Plaintiff Charles Wayne Jones, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 16, 2014.  Plaintiff seeks leave to proceed in forma pauperis. 28 U.S.C. § 1915(a)(1).  However, in as much as Plaintiff has $3,000.00, he is able to pay the $400.00 filing fee. (Doc. 2, p. 2.)  Accordingly, Plaintiff's motion to proceed in forma pauperis is HEREBY DENIED and he shall submit the $400.00 filing fee within thirty days from the date of service of this order.  The failure to do so will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **December 3, 2014**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE