UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE JONES,<br><br>              Plaintiff,<br><br>   v.<br><br>CLIFF ALLENBY, et al.,<br><br>              Defendants. | CASE NO. 1:14-cv-01728-LJO-MJS (PC)<br><br>**ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE**<br><br>**(ECF No. 8)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a civil detainee proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On December 3, 2014, the Court denied Plaintiff's in forma pauperis application on the ground he is able to pay the applicable filing fee. Plaintiff was ordered to pay the filing fee in full within thirty days. The thirty day deadline passed without Plaintiff either paying the filing fee or seeking an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice, pursuant to Local Rule 110 for Plaintiff's failure to pay the filing fee. The Clerk is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:  **January 8, 2015**                    /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE